UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: SPINO, LEE E | § | Case No. 08-10426 |
| SPINO, ALISON E | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $544,954.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $4,297.89 | Claims Discharged Without Payment: $553,177.69 |
| Total Expenses of Administration: $3,638.11 | |

3) Total gross receipts of $ 7,936.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,936.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $536,335.00 | $131,758.88 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 3,638.08 | 3,638.11 | 3,638.11 | 3,638.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 35,594.00 | 93,827.34 | 93,827.34 | 4,297.89 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 391,466.00 | 76,653.24 | 76,653.24 | 0.00 |
| TOTAL DISBURSEMENTS | $967,033.08 | $305,877.57 | $174,118.69 | $7,936.00 |

4) This case was originally filed under Chapter 7 on April 25, 2008. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2010 By: /s/CHARLES J. MYLER
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Furniture and piano. | 1129-000 | 5,000.00 |
| Country club dues refund | 1129-000 | 2,934.00 |
| Interest Income | 1270-000 | 2.00 |
| TOTAL GROSS RECEIPTS | | $7,936.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of Kenosha | 4110-000 | N/A | 130,154.88 | 0.00 | 0.00 |
| Illinois Department of Revenue | 4110-000 | N/A | 1,604.00 | 0.00 | 0.00 |
| Bank Kenosha | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| G M A C | 4110-000 | 6,335.00 | N/A | N/A | 0.00 |
| Fremont Investment & Loan | 4110-000 | 471,862.00 | N/A | N/A | 0.00 |
| Bank Kenosha | 4110-000 | 8,138.00 | N/A | N/A | 0.00 |

| TOTAL SECURED CLAIMS | $536,335.00 | $131,758.88 | $0.00 | $0.00 |
|---|---|---|---|---|

EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charles J. Myler | 2100-000 | N/A | 1,543.53 | 1,543.53 | 1,543.53 |
| CHARLES J. MYLER | 2200-000 | N/A | 7.08 | 7.08 | 7.08 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 2,087.50 | 2,087.50 | 2,087.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,638.11 | 3,638.11 | 3,638.11 |

EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRS | 5800-000 | N/A | 86,108.34 | 86,108.34 | 3,944.31 |
| Illinois Department of Revenue | 5800-000 | N/A | 7,719.00 | 7,719.00 | 353.58 |
| State of Wisconsin | 5200-000 | 1,358.00 | N/A | N/A | 0.00 |
| IRS | 5200-000 | 34,236.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 35,594.00 | 93,827.34 | 93,827.34 | 4,297.89 |

EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | 12,408.00 | 12,408.78 | 12,408.78 | 0.00 |
| Guttormsen, Hartley Wilk et al. | 7100-000 | 11,731.00 | 12,491.31 | 12,491.31 | 0.00 |
| CHASE BANK USA, NA | 7100-000 | 8,855.00 | 8,855.73 | 8,855.73 | 0.00 |
| CHASE BANK USA, NA | 7100-000 | 5,587.00 | 5,587.90 | 5,587.90 | 0.00 |
| Pra Receivables Management, Llc | 7100-000 | N/A | 18,602.84 | 18,602.84 | 0.00 |
| Wisconsin Electric Power Company | 7100-000 | N/A | 961.89 | 961.89 | 0.00 |
| American Express Centurion Bank | 7100-000 | 87.00 | 87.38 | 87.38 | 0.00 |
| Chase Bank USA,N.A. | 7100-000 | N/A | 2,185.21 | 2,185.21 | 0.00 |
| LVNV Funding LLC | 7100-000 | N/A | 12,859.76 | 12,859.76 | 0.00 |
| Beck, Chaet, Bamberger & Polsky | 7100-000 | 1,397.00 | 1,397.40 | 1,397.40 | 0.00 |
| Triangle Appliance, Video & Carpeting, Inc | 7100-000 | N/A | 394.13 | 394.13 | 0.00 |
| Bank of Kenosha | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Illinois Department of Revenue | 7200-000 | N/A | 820.91 | 820.91 | 0.00 |
| Kohls | 7100-000 | 2,185.00 | N/A | N/A | 0.00 |
| Gemb/l & T | 7100-000 | 218.00 | N/A | N/A | 0.00 |
| Jim & Kathleen Spino | 7100-000 | 210,000.00 | N/A | N/A | 0.00 |
| Erin Capital Management | 7100-000 | 4,615.00 | N/A | N/A | 0.00 |
| MiraMed Revenue | 7100-000 | 829.00 | N/A | N/A | 0.00 |
| Hsbc/carsn | 7100-000 | 2,524.00 | N/A | N/A | 0.00 |
| Oliver Adj | 7100-000 | 394.00 | N/A | N/A | 0.00 |
| Thomas Russell | 7100-000 | 85,000.00 | N/A | N/A | 0.00 |
| Wi Electric | 7100-000 | 470.00 | N/A | N/A | 0.00 |
| Richard, Ralph & Schwab Chtd. | 7100-000 | 2,207.00 | N/A | N/A | 0.00 |
| Resurgent Capital Service/Sherman Acquis | 7100-000 | 12,761.00 | N/A | N/A | 0.00 |
| Portfolio Recoveries | 7100-000 | 19,469.00 | N/A | N/A | 0.00 |
| Receivables Performanc | 7100-000 | 154.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Nicor Gas | 7100-000 | 229.00 | N/A | N/A | 0.00 |
| G M A C | 7100-000 | 7,370.00 | N/A | N/A | 0.00 |
| Credit Management | 7100-000 | 1,114.00 | N/A | N/A | 0.00 |
| Bank Kenosha | 7100-000 | 1,862.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 391,466.00 | 76,653.24 | 76,653.24 | 0.00 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-10426
Case Name: SPINO, LEE E
SPINO, ALISON E
Period Ending: 01/11/10

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 04/25/08 (f)
§341(a) Meeting Date: 05/19/08
Claims Bar Date: 12/09/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate Located at 2608 Royal St. Georges, C | 530,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash $35.00 | 35.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Harris Bank | 172.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with Harris Bank | 502.00 | 0.00 | DA | 0.00 | FA |
| 5 | Furniture and piano. | 3,250.00 | 3,250.00 | | 5,000.00 | FA |
| 6 | Misc. books and pictures | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Used clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding bands | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term life insurance through employer | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 Buick LaCrosse with 70,125 miles | 6,335.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1999 Ford Expedition with 104,321 miles | 3,710.00 | 0.00 | DA | 0.00 | FA |
| 12 | Country club dues refund | 4,500.00 | 4,500.00 | | 2,934.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.00 | FA |
| 13 | Assets Totals (Excluding unknown values) | $552,704.00 | $7,750.00 | | $7,936.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Distribution made 12/7/09

**Initial Projected Date Of Final Report (TFR):** March 31, 2009

**Current Projected Date Of Final Report (TFR):** October 23, 2009 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 08-10426
Case Name: SPINO, LEE E
SPINO, ALISON E
Taxpayer ID #: 54-6814439
Period Ending: 01/11/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****11-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/09 | {12} | Lee Spino | Country Club dues rerund | 1129-000 | 2,934.00 | | 2,934.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,934.11 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 2,934.23 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,934.34 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,934.45 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 2,934.57 |
| 07/08/09 | {5} | Lee Spino | First of two payment for piano | 1129-000 | 2,500.00 | | 5,434.57 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,434.76 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,434.98 |
| 09/01/09 | {5} | Lee Spino | Balance of amount due on piano | 1129-000 | 2,500.00 | | 7,934.98 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,935.29 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,935.61 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,935.94 |
| 12/07/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 7,936.00 |
| 12/07/09 | | To Account #********1166 | Transfer to checking | 9999-000 | | 7,936.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 7,936.00 | 7,936.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,936.00 | |
| Subtotal | 7,936.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $7,936.00 | $0.00 | |

Exhibit 9



# Form 2
## Cash Receipts And Disbursements Record

Case Number: 08-10426
Case Name: SPINO, LEE E
SPINO, ALISON E
Taxpayer ID #: 54-6814439
Period Ending: 01/11/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****11-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/09 | | From Account #********1165 | Transfer to checking | 9999-000 | 7,936.00 | | 7,936.00 |
| 12/07/09 | 101 | Charles J. Myler | Trustee fee | 2100-000 | | 1,543.53 | 6,392.47 |
| 12/07/09 | 102 | CHARLES J. MYLER | Trustee expenses | 2200-000 | | 7.08 | 6,385.39 |
| 12/07/09 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 2,087.50 | 4,297.89 |
| 12/07/09 | 104 | IRS | Creditor #12179936; ID#s xxxx1854 and 0555 | 5800-000 | | 3,944.31 | 353.58 |
| 12/07/09 | 105 | Illinois Department of Revenue | Tax ID#xxxx0555 | 5800-000 | | 353.58 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 7,936.00 | 7,936.00 | $0.00 |
| Less: Bank Transfers | 7,936.00 | 0.00 | |
| Subtotal | 0.00 | 7,936.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $7,936.00 | |

| | |
|---|---|
| Net Receipts : | 7,936.00 |
| Net Estate : | $7,936.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****11-65 | 7,936.00 | 0.00 | 0.00 |
| Checking # ***-*****11-66 | 0.00 | 7,936.00 | 0.00 |
| | $7,936.00 | $7,936.00 | $0.00 |